```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43816
    JAMES B TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9860


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/29/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/18/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
CITICORP TRUST BANK      CURRENT MORTG   17694.98          .00         17694.98
CITICORP TRUST BANK      MORTGAGE ARRE   13076.89          .00         10541.39
CITIFINANCIAL            NOTICE ONLY     NOT FILED         .00              .00
FORD MOTOR CREDIT        SECURED          2000.00       366.06          1511.00
FORD MOTOR CREDIT        NOTICE ONLY     NOT FILED         .00              .00
FORD CONSUMER FINANCE    NOTICE ONLY     NOT FILED         .00              .00
TIMOTHY K LIOU           DEBTOR ATTY      2,413.40                      2,413.40
TOM VAUGHN               TRUSTEE                                        2,055.67
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               34,582.50

PRIORITY                                         .00
SECURED                                    29,747.37
    INTEREST                                  366.06
UNSECURED                                        .00
ADMINISTRATIVE                              2,413.40
TRUSTEE COMPENSATION                        2,055.67
DEBTOR REFUND                                    .00
                      --------------       --------------
TOTALS                 34,582.50            34,582.50




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 43816 JAMES B TAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 43816 JAMES B TAYLOR